UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff,

v.

$299,982.00 IN U.S. CURRENCY

Defendant.

CIVIL CASE NO. 03-2305(JAF)

## DEFAULT DECREE OF FORFEITURE

On December 8, 2003, a Verified Complaint for Forfeiture In Rem was filed by the United States of America against the defendant property.

On February 22, 2005, potential interest holder Norman González was served process of the pleadings by certified, return receipt mail, which documents were returned by the Post Office.

On April 20, 2005, the United States filed a Sworn Statement subscribed by Special Agent José Acosta, attesting to the unsuccessful attempts to locate Norman González.

An affidavit of publication was filed in this case on April 13, 2005, attesting that notice was caused to be published on March 16, 2005, in "El Nuevo Dia", a daily newspaper of general circulation in the Island of Puerto Rico, allowing any person having a claim in the above-mentioned defendant property to state the same before this court.

To date, no claims have been filed to answer the above-mentioned publication and the allegations of the verified complaint filed against the defendant property.

Moreover, any claims that may be filed in the future would be time-barred.

On April 25, 2005, this court entered default.

Now, therefore, on motion of the plaintiff, United States of America, for a Decree of

Forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that the defendant property be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of in accordance to law by the Internal Revenue Service.

SO ORDERED.

In San Juan, Puerto Rico this 25th day of May, 2005.

            S/José Antonio Fusté
            JOSE ANTONIO FUSTE
           CHIEF U. S. DISTRICT JUDGE